UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

HERBERT T BROWN,

          Defendant.

Case No. MJ26-164

**DETENTION ORDER**

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

    (1)    Defendant has been charged by complaint with one count: unlawful possession of firearms. Defendant has prior criminal convictions for felony offenses, a history of failure to appear, and was on supervision at the time of the instant offense.  The Court received information about defendant's personal history, residence, family or community ties,

DETENTION ORDER - 1

employment history, financial status, health, and substance use.  The defendant through his attorney made argument as to release.

It is therefore **ORDERED**:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

(5)    Defendant may motion the court for a status hearing should his health condition deteriorate or if he fails to receive his prescribed medications while in custody.

DATED this ___8th___ day of __April__, 2026.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2